DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VINCENT LEO POOLE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3223

[February 19, 2026]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sarah Willis, Judge; L.T. Case No. 50-2018-CF-006663-AXXX-MB.

Vincent Leo Poole, Lowell, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***